ISAAC LARMAN, PLAINTIFF IN ERROR, *v.* JAMES TISDALE'S HEIRS.

The fifty-fourth rule of this court, requiring an appearance to be entered on or before the second day of the term next succeeding that at which the case is docketed, does not include an adjourned term; but applies only to regular terms.

MR. STANTON, of counsel for the defendants in error, moved the court, on the 28th of February, 1851, to dismiss this case, under the fifty-fourth rule of the court, which rule is repeated amongst the preliminary matter in 8 Howard, and is as follows : —

#### " No. 54.

" Ordered, that where an appearance is not entered on the record for either the plaintiff or defendant on or before the second day of the term next succeeding that at which the case is docketed, it shall be dismissed at the costs of the plaintiff."

Whereupon this court, not being now here sufficiently advised of and concerning what order to render in the premises, took time to consider.

On the 4th of March, 1851, Mr. Chief Justice TANEY delivered the opinion of the court.

The fifty-fourth rule applies to cases docketed at the regular term; and not to an adjourned term. For it may happen that an adjourned term may be held immediately preceding the regular session.

This case was not docketed until after the close of the regular term of the court, and is, therefore, not within the rule.

### Order.

On consideration of the motion made in this case by Mr. Stanton, on a prior day of the present term, to wit, on Friday the 28th ultimo, it is now here ordered by the court, that said motion be, and the same is hereby, overruled.